IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OYBEKJON MUSTAFOKULOV,

    Petitioner,

v.                                                                                                               Civ. No. 26-0488-KG-SCY

KRISTI NOEM, *et al*,

    Respondents,

## ORDER TO ANSWER

This matter is before the Court on Petitioner Oybekjon Mustafokulov's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) (Petition). Petitioner is an immigration detainee at the Cibola County Correctional Institution and is proceeding *pro se*. The Petition challenges his continued detention and, in particular, the Immigration Court's determination that it lacks jurisdiction to conduct a bond hearing.

Accepting the facts as true, Petitioner has raised a colorable claim for relief that he is detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225. *See Garcia Sanchez v. Noem, et al.*, 25-cv-1219 KG/JFR (concluding petitioner was detained pursuant to 8 U.S.C. § 1226, rather than 8 U.S.C. § 1225, and ordering Respondents to provide a bond hearing); *Pu Sacvin v. De Anda-Ybarra*, 2025 WL 3187432, at *3 (D.N.M.) (Gonzales, J.) (same); *Danierov v. Noem*, 2026 WL 45288, at *2 (D.N.M.) (Gonzales, J.) (same). The Clerk's Office has electronically served Respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system. (Doc. 2).

IT IS ORDERED that:

1. The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order.

2. If Petitioner wishes to file an optional reply, he must do so within seven (7) business days after the response is filed.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.